IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BAKARI LOGISTICS, LLC, ) | |
| ) | Case No. 1:23-cv-02199 |
| Plaintiff, ) | |
| ) | Judge Dan Aaron Polster |
| v. ) | |
| ) | OPINION AND ORDER |
| PROGRESSIVE CASUALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. | |

Before the Court is Progressive Casualty Insurance Company's ("Progressive") motion to dismiss the Plaintiff's first amended complaint. ECF Doc. 9. The Plaintiff is Catrell Bakari ("Mr. Bakari"), who appears *pro se* on behalf of his company, Bakari Logistics, LLC. ECF Doc. 6, PageID# 69. Progressive asserts three grounds for relief in its motion to dismiss, the first of which is that dismissal is warranted because the Plaintiff, a non-lawyer, cannot assert claims on behalf of a limited liability company in federal court. ECF Docs. 9; 9-1.

The Defendant is correct. A corporation may not litigate a case *pro se*; it must have a lawyer represent it. *See Lea v. Tracy Langston Ford, Inc.*, 2019 U.S. App. LEXIS 38710, at *6 (6th Cir. Dec. 30, 2019) (citing *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-03 (1993) ("A corporation, partnership, or association may appear in federal courts only through licensed counsel and not through the pro se representation of an officer, agent, or shareholder.")). Additionally, the Sixth Circuit has "consistently interpreted [28 U.S.C.] § 1654 as prohibiting pro se litigants from trying to assert the rights of others." *Olagues v. Timken*, 908 F.3d 200, 203 (6th Cir. 2018). In other words, Bakari Logistics, LLC must be represented by counsel to participate in litigation in federal court. *See Wise Man Brewing, LLC v. Three Bridges Distillery*, 2022 U.S. App. LEXIS 33496, at *1 (6th Cir. Dec. 5, 2022) (dismissing a limited liability

company's appeal because it was unrepresented). Therefore, Mr. Bakari may not appear *pro se* on behalf of his company in this matter. Accordingly, the Court <u>GRANTS</u> the Defendant's motion to dismiss. The first amended complaint is <u>DISMISSED WITHOUT PREJUDICE</u> under the Defendant's first ground for relief, and the Court need not address the remaining grounds for relief.

IT IS SO ORDERED.

Date: January 26, 2024

*/s/ Dan Aaron Polster*
Dan Aaron Polster
United States District Judge